Thomas P. Riley Esq SBN 194706
Law Office of Thomas P. Riley PC
1114 Fremont Avenue
South Pasadena, Ca 91030
Phone; 626-799-9797
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,

    Plaintiff,    vs.

Maria A. Reyes,

    Defendant

Case No.: 2:14-cv-07006-WDK-PLA

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Maria A. Reyes, individually and d/b/a El Dos Oros Bar, entered on November 9, 2015, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 8,670.00 |
| b. | Costs and fees after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **8,670.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **8,670.00** |
| f. | Interest after judgment (.015%) | $ | 1,170.45 |
| g. | Fee for filing renewal of application $ | | 0.00 |
| h. | **Total renewed judgment (add e, f and g)** | $ | 9,840.45 |

Dated: August 12, 2025    CLERK, by Deputy _____

Renewal of Judgment